Honorable Ronald B. Leighton

09-CV-05191-ORD

FILED _____ LODGED
_____ RECEIVED

AUG 1 4 2009

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

INTERNATIONAL REHABILITATIVE
SCIENCES, INC., d/b/a RS MEDICAL, a
Washington corporation,

Plaintiff,

v.

KATHLEEN SEBELIUS, in her official
capacity as Secretary, United States Department
of Health and Human Services,

Defendant.

No. C09-5191-RBL

ORDER

Upon consideration of the Federal Defendant's Motion to Stay Proceedings, the Plaintiff's Response, and the Defendant's Reply, IT IS HEREBY ORDERED that the motion is GRANTED. Accordingly, proceedings in this case are stayed pending the Court's final judgment in *International Rehabilitative Sciences, Inc., d/b/a RS Medical*, Civil No. 08-cv-05442-RBL .

DATED this __14th__ day of __August__, 2009.

_____
RONALD B. LEIGHTON
United States District Judge

Presented by:

[PROPOSED] ORDER - 1
(C08-5191-RBL)